IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ANDERSON          (1)<br>TIMMOTHY WILSON      (2)<br>BRANDI SIMMONS       (3)<br>JORDAN "SKIP" MOSES  (4)<br>TANEI SCRUGGS        (5) | NO. 3:20-CR-403-N |

## PROTECTIVE ORDER LIMITING
## DISCLOSURE OF DISCOVERY MATERIALS

Before the Court is the government's motion for a Protective Order limiting disclosure of discovery materials, filed on January 31, 2020. The Court finds that good cause has been established to restrict discovery in this case and that this Protective Order is a reasonable measure that protects the rights of the defendants, the public, and witnesses involved in this case. After consideration, the Court determines that the motion should be and is hereby **GRANTED**. Therefore, pursuant to Rules 16 of the Federal Rules of Criminal Procedure, and the inherent authority of this Court, I hereby **ORDER** the following:

1. That any discovery materials (or any copies thereof) provided by the government to the defense, except as noted in paragraph 2, be subject to the following conditions:

    a) The discovery materials will not be copied, except to the extent needed as trial exhibits or as counsel's working copies.

b) The discovery materials will not be shared outside of the defendant's counsel's office, defense expert's office, or correctional facility library with any person not employed by, or an agent of, defendant's counsel.

c) The discovery materials will not be provided to a defendant, except that defendant's counsel, or agent of defendant's counsel, may show them to a defendant as described in (b).

d) The discovery materials will not be provided to a witness, except that defendant's counsel, or agent of defendant's counsel, may show them to a witness as described in (b).

e) The defendant, defendant's counsel, or any agent thereof, is prohibited from disseminating any of these materials or disclosing any information contained therein to anyone besides this Court, the parties to this case, or a witness.

2. The prohibitions described in paragraph 1 will NOT apply to the following categories of evidence:

a) Any bank records, telephone records, credit agency records, or credit card records for accounts belonging to the particular defendant to whom this order applies.

b) Any report of interview (e.g., U.S. Secret Service Incident Based Reports) with the defendant to whom this order applies.

c) Any publically available documents, including any unsealed state or federal court pleadings.

d) Any third party report, including any government report, whose subject is the particular defendant to whom this order applies.

e) Any emails to which the particular defendant to whom this order applies was a party or that do not contain personal identifying information.

Any attorney of record who is retained or appointed to represent a defendant and who is later relieved of representation of a defendant is bound by the terms of this order unless excused from its terms by court order.

**Protective Order Limiting Disclosure Of Discovery Materials—Page 2**

Signed and entered this 24th day of May, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS